(65 Misc. Rep. 177.)

## In re BAKER.

### GREENBERG v. BLUM.

(Supreme Court, Appellate Term. November 30, 1909.)

ATTORNEY AND CLIENT (§ 24*)—LIABILITY FOR COSTS—SUPPLEMENTARY PRO-
CEEDINGS.

    The court, vacating an order for the examination of the judgment debtor in supplementary proceedings, may not impose costs against the judgment creditor's attorney personally.

    [Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. §§ 32–36; Dec. Dig. § 24;* Costs, Cent. Dig. § 391.]

Appeal from City Court of New York, Trial Term.

In the matter of supplementary proceedings of Charles J. Baker, judgment creditor, against Moses Blum, judgment debtor. From an order dismissing an order for the examination of the judgment debtor, with costs to be paid by Meyer Greenberg, attorney for the judgment creditor, he appeals. Modified and affirmed.

Argued before GILDERSLEEVE, P. J., and SEABURY and LEHMAN, JJ.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Meyer Greenberg (Henry Greenberg, of counsel), for appellant.
Benjamin Bulmer, for respondent.

SEABURY, J.   The order appealed from vacates an order for the examination of the judgment debtor in proceedings supplementary to execution, with $20 costs to be paid personally by the attorney for the judgment creditor.   The court was without authority to impose costs against the attorney personally.

The order is modified, by striking out the provision directing the attorney for the judgment creditor to pay $20 costs, and, as modified, is affirmed, without costs.   All concur.